April 25, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-343

In Regard to the Matter of:

Bayside State Prison        Opinion and Report
Litigation                         Of the
                                 Special Master

DAVID LOPEZ,

      -vs-

WILLIAM H. FAUVER, et al,

    Defendants.

           *    *    *    *

FRIDAY, APRIL 25, 2008

           *    *    *    *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

April 25, 2008

Page 2

```
 1
 2          Transcript of proceedings in the above
 3   matter taken by Theresa O. Mastroianni, Certified
 4   Court Reporter, license number 30X100085700, and
 5   Notary Public of the State of New Jersey at the
 6   United States District Court House, One Gerry Plaza,
 7   Camden, New Jersey, 08102, commencing at 9:30 AM.
 8
 9
10
11
12
13
14
15
16
17
18
19
20          MASTROIANNI & FORMAROLI, INC.
       Certified Court Reporting & Videoconferencing
21            251 South White Horse Pike
                Audubon, New Jersey 08106
22                  856-546-1100
23
24
25
```

```
 1   A P P E A R A N C E S:

 2

 3        LOUGHRY & LINDSAY, ESQUIRES
          BY:  LAWRENCE W. LINDSAY, ESQUIRE
 4        330 MARKET STREET
          CAMDEN, NEW JERSEY 08102
 5        856-968-9201
          ATTORNEYS FOR THE PLAINTIFFS

 6

 7
          ROSELLI & GRIEGEL, PC
 8        BY:  MARK ROSELLI, ESQUIRE
               - and -
 9        BY:  KENNETH W. LOZIER, ESQUIRE
          1337 STATE HIGHWAY 33
10        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
11        ATTORNEYS FOR THE DEFENDANTS

12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1           JUDGE BISSELL:  We now reopen the case
2   of David Lopez.
3           The following constitutes the Special
4   Master's determination regarding the complaint of
5   David Lopez, docket number 08-343.
6           This opinion/report is being issued
7   pursuant to the directives of the Order of Reference
8   to a Special Master and the Special Master's
9   Agreement and the guiding principles of law which
10  underlie this decision to be applied to the facts
11  upon which it is based as set forth in the jury
12  instructions in the Walker and Mejias jury charges to
13  the extent applicable to the allegations of Mr.
14  Lopez's case.
15          As finalized after review under Local
16  Civil Rule 52.1, the transcript of this oral opinion
17  will constitute the written report required by
18  paragraph seven of the Order of Reference to a
19  Special Master.
20          Mr. Lopez was also a resident of
21  Trailer Number Three whose unit was searched on
22  August 2, 1997 with inmates removed from the
23  premises.  He testified that he was pulled off his
24  bunk without any directions first to get up and then
25  also made a part of a pile of inmates four deep on

1    the floor.

2            I might note this is consistent with

3    Mr. Watford's testimony that this is how this

4    particular SOG team chose to initiate the extractions

5    from the cubicles at the premises.

6            He testified that he was dragged out of

7    his bunk and banged down to the floor to begin with.

8    This may or may not have been the case, but as far as

9    the infliction of any serious injury from that event

10   is concerned, I find that the rest of his testimony,

11   frankly, is quite incredible and hence clouds the

12   accuracy and diminishes the weight of any testimony

13   that he was manhandled and injured in the manner in

14   which he was taken out of his bunk.

15           The testimony appears predominantly at

16   pages 19 through 24 and 27 through 28 of the

17   transcript of February 26th, 2008.  I'm not going to

18   go into it in any great detail here other than to

19   note that these were very narrow hallways in the

20   trailer, barely more than room for a single person or

21   perhaps two to pass through side by side.  And yet

22   Mr. Lopez testified that while being led from his

23   cubicle through the hallway into the dayroom along

24   this corridor there were SOG officers lined up on

25   both sides kicking, punching and hitting him.

1    I determine, based upon the evidence
2    that's been brought out, particularly on this record
3    for this case, that that is physically impossible.
4    He was examined and cross-examined on this subject
5    and continued to insist that is what happened, that
6    there was this gauntlet in the hallway leading to the
7    cubicles, that there was another gauntlet in the day
8    room where he was then struck from persons on both
9    sides, some 70 total strikes he says in his testimony
10   on one occasion.
11            He also testified that as he was going
12   up the walkway he would be stopped periodically when
13   groups of SOG officers were in place and then beaten
14   again.  This testimony also is not credible and it's
15   not at all consistent with other evidence that's come
16   before the Special Master here with regard to how the
17   gauntlet was constructed and how the prisoners moved
18   along it.
19            I find, frankly, that his
20   cross-examination punched considerable holes in his
21   description of the events that occurred to him and
22   also, as I said, there just is no inherent common
23   sense in his testimony about being beaten by two
24   lines of officers, particularly in the hallway
25   leading from the cubicles where there was

1   not enough room for that.

2              I note also in connection with the

3   question of his having been dragged out of his bunk

4   and dropped on the floor, that in the course of

5   cross-examination it was revealed that in his

6   complaint, his answers to interrogatories and his

7   deposition did not include any description of that

8   particular event as a part of the SOG's assaultive

9   conduct.

10             In short, whatever happened to Mr.

11  Lopez didn't happen as he described it and with that

12  credibility destroyed and, therefore, no credible

13  evidence before me to support his version, or any

14  version, of what may have occurred to him, he has not

15  sustained his burden of proof in establishing Eighth

16  Amendment violations.

17             Finally, although not every item of

18  evidence has been discussed in this opinion/report,

19  all evidence presented to the Special Master was

20  reviewed and considered.

21             For reasons set forth above I recommend

22  in this report that the district court enter an order

23  and judgment of no cause for action with regard to

24  David Lopez.

25             Counsel, that concludes my decisions

1   for today.  Is there anything else to which we should

2   direct our attention before we adjourn?

3              MR. ROSELLI:  I have nothing, your

4   Honor.

5              JUDGE BISSELL:  Mr. Lindsay?

6              MR. LINDSAY:  No.

7              JUDGE BISSELL:  We're adjourned.

8              (Hearing Adjourned)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3       I, Theresa O. Mastroianni, a Notary Public and

4  Certified Shorthand Reporter of the State of New

5  Jersey, do hereby certify that the foregoing is a

6  true and accurate transcript of the testimony as

7  taken stenographically by and before me at the time,

8  place, and on the date hereinbefore set forth.

9       I DO FURTHER CERTIFY that I am neither a

10  relative nor employee nor attorney nor counsel of any

11  of the parties to this action, and that I am neither

12  a relative nor employee of such attorney or counsel,

13  and that I am not financially interested in the

14  action.

15

16

17

18

19  *Theresa O Mastroianni*

    Theresa O. Mastroianni, C.S.R.

20  Notary Public, State of New Jersey

    My Commission Expires May 5, 2010

21  Certificate No. X10857

    Date:  April 29, 2008

22

23

24

25

Case 1:08-cv-00343-RBK-JS   Document 8   Filed 05/09/08   Page 10 of 12 PageID: 35

April 25, 2008

10


**A**
accuracy 5:12
accurate 9:6
action 1:2 7:23
    9:11,14
adjourn 8:2
adjourned 8:7,8
Agreement 4:9
al 1:9
allegations 4:13
Amendment
    7:16
answers 7:6
appears 5:15
applicable 4:13
applied 4:10
April 1:16 9:21
assaultive 7:8
attention 8:2
attorney 9:10,12
ATTORNEYS
    3:5,11
Audubon 2:21
August 4:22

**B**
banged 5:7
barely 5:20
based 4:11 6:1
Bayside 1:6
beaten 6:13,23
BISSELL 1:21
    4:1 8:5,7
brought 6:2
bunk 4:24 5:7
    5:14 7:3
burden 7:15

**C**
C 3:1 9:1,1
Camden 2:7 3:4
case 4:1,14 5:8
    6:3
cause 7:23
Certificate 9:21
Certified 2:3,20

    9:4
certify 9:5,9
charges 4:12
chose 5:4
Civil 1:2 4:16
clouds 5:11
come 6:15
commencing 2:7
Commission
    9:20
common 6:22
complaint 4:4
    7:6
concerned 5:10
concludes 7:25
conduct 7:9
connection 7:2
considerable
    6:20
considered 7:20
consistent 5:2
    6:15
constitute 4:17
constitutes 4:3
constructed 6:17
continued 6:5
corridor 5:24
counsel 7:25
    9:10,12
course 7:4
court 1:1 2:4,6
    2:20 7:22
credibility 7:12
credible 6:14
    7:12
cross-examina...
    6:20 7:5
cross-examined
    6:4
cubicle 5:23
cubicles 5:5 6:7
    6:25
C.S.R 9:19

**D**
date 9:8,21

David 1:7 4:2,5
    7:24
day 6:7
dayroom 5:23
decision 4:10
decisions 7:25
deep 4:25
Defendants 1:10
    3:11
deposition 7:7
described 7:11
description 6:21
    7:7
destroyed 7:12
detail 5:18
determination
    4:4
determine 6:1
diminishes 5:12
direct 8:2
directions 4:24
directives 4:7
discussed 7:18
district 1:1,2 2:6
    7:22
docket 4:5
dragged 5:6 7:3
dropped 7:4

**E**
E 3:1,1 9:1,1
Eighth 7:15
employee 9:10
    9:12
enter 7:22
ESQUIRE 3:3,8
    3:9
ESQUIRES 3:3
establishing
    7:15
et 1:9
event 5:9 7:8
events 6:21
evidence 6:1,15
    7:13,18,19
examined 6:4

Expires 9:20
extent 4:13
extractions 5:4

**F**
F 9:1
facts 4:10
far 5:8
FAUVER 1:9
February 5:17
finalized 4:15
Finally 7:17
financially 9:13
find 5:10 6:19
first 4:24
floor 5:1,7 7:4
following 4:3
foregoing 9:5
FORMAROLI
    2:20
forth 4:11 7:21
    9:8
four 4:25
frankly 5:11
    6:19
FRIDAY 1:16
FURTHER 9:9

**G**
gauntlet 6:6,7,17
Gerry 2:6
go 5:18
going 5:17 6:11
great 5:18
GRIEGEL 3:7
groups 6:13
guiding 4:9

**H**
H 1:9
hallway 5:23 6:6
    6:24
hallways 5:19
HAMILTON
    3:10
happen 7:11

happened 6:5
    7:10
Hearing 8:8
hereinbefore 9:8
HIGHWAY 3:9
hitting 5:25
holes 6:20
Honor 8:4
HONORABLE
    1:21
Horse 2:21
House 2:6

**I**
impossible 6:3
include 7:7
incredible 5:11
infliction 5:9
inherent 6:22
initiate 5:4
injured 5:13
injury 5:9
inmates 4:22,25
insist 6:5
instructions
    4:12
interested 9:13
interrogatories
    7:6
issued 4:6
item 7:17

**J**
Jersey 1:2 2:5,7
    2:21 3:4,10 9:5
    9:20
JOHN 1:21
JUDGE 4:1 8:5
    8:7
judgment 7:23
jury 4:11,12

**K**
KENNETH 3:9
kicking 5:25

**L**
law 4:9
**LAWRENCE** 3:3
leading 6:6,25
led 5:22
license 2:4
Lindsay 3:3,3 8:5,6
lined 5:24
lines 6:24
Litigation 1:6
Local 4:15
Lopez 1:7 4:2,5 4:20 5:22 7:11 7:24
Lopez's 4:14
**LOUGHRY** 3:3
**LOZIER** 3:9

**M**
manhandled 5:13
manner 5:13
**MARK** 3:8
**MARKET** 3:4
Master 1:7,21 4:8,19 6:16 7:19
Master's 4:4,8
Mastroianni 2:3 2:20 9:3,19
matter 1:5 2:3
Mejias 4:12
moved 6:17

**N**
N 3:1
narrow 5:19
neither 9:9,11
New 1:2 2:5,7,21 3:4,10 9:4,20
Notary 2:5 9:3 9:20
note 5:2,19 7:2
number 2:4 4:5

4:21

**O**
O 2:3 9:3,19
occasion 6:10
occurred 6:21 7:14
officers 5:24 6:13,24
opinion 1:6 4:16
opinion/report 4:6 7:18
oral 4:16
order 4:7,18 7:22

**P**
P 3:1,1
pages 5:16
paragraph 4:18
part 4:25 7:8
particular 5:4 7:8
particularly 6:2 6:24
parties 9:11
pass 5:21
PC 3:7
periodically 6:12
person 5:20
persons 6:8
physically 6:3
Pike 2:21
pile 4:25
place 6:13 9:8
**PLAINTIFFS** 3:5
Plaza 2:6
predominantly 5:15
premises 4:23 5:5
presented 7:19
principles 4:9
Prison 1:6

prisoners 6:17
proceedings 2:2
proof 7:15
Public 2:5 9:3,20
pulled 4:23
punched 6:20
punching 5:25
pursuant 4:7

**Q**
question 7:3
quite 5:11

**R**
R 3:1 9:1
reasons 7:21
recommend 7:21
record 6:2
Reference 4:7 4:18
regard 1:5 6:16 7:23
regarding 4:4
relative 9:10,12
removed 4:22
reopen 4:1
report 1:6 4:17 7:22
Reporter 2:4 9:4
Reporting 2:20
required 4:17
resident 4:20
rest 5:10
revealed 7:5
review 4:15
reviewed 7:20
room 5:20 6:8 7:1
**ROSELLI** 3:7,8 8:3
Rule 4:16

**S**
S 3:1
says 6:9

searched 4:21
sense 6:23
serious 5:9
set 4:11 7:21 9:8
seven 4:18
short 7:10
Shorthand 9:4
side 5:21,21
sides 5:25 6:9
single 5:20
SOG 5:4,24 6:13
SOG's 7:8
South 2:21
Special 1:7,21 4:3,8,8,19 6:16 7:19
SQUARE 3:10
State 1:6 2:5 3:9 9:4,20
States 1:1 2:6
stenographica... 9:7
stopped 6:12
STREET 3:4
strikes 6:9
struck 6:8
subject 6:4
support 7:13
sustained 7:15

**T**
T 9:1,1
taken 2:3 5:14 9:7
team 5:4
testified 4:23 5:6 5:22 6:11
testimony 5:3,10 5:12,15 6:9,14 6:23 9:6
Theresa 2:3 9:3 9:19
Three 4:21
time 9:7
today 8:1
total 6:9

trailer 4:21 5:20
transcript 2:2 4:16 5:17 9:6
true 9:6
two 5:21 6:23

**U**
underlie 4:10
unit 4:21
United 1:1 2:6

**V**
version 7:13,14
Videoconfere... 2:20
violations 7:16
vs 1:8

**W**
W 1:21 3:3,9
Walker 4:12
walkway 6:12
Watford's 5:3
weight 5:12
We're 8:7
White 2:21
**WILLIAM** 1:9
written 4:17

**X**
XIO857 9:21

**0**
08-343 1:2 4:5
08102 2:7 3:4
08106 2:21
08690 3:10

**1**
1337 3:9
19 5:16
1997 4:22

**2**
2 4:22
2008 1:16 5:17 9:21

| | | | | | |
|---|---|---|---|---|---|
| **2010** 9:20<br>**24** 5:16<br>**25** 1:16<br>**251** 2:21<br>**26th** 5:17<br>**27** 5:16<br>**28** 5:16<br>**29** 9:21<br><br>**3**<br>**30X100085700**<br>  2:4<br>**33** 3:9<br>**330** 3:4<br><br>**5**<br>**5** 9:20<br>**52.1** 4:16<br><br>**6**<br>**609-586-2257**<br>  3:10<br><br>**7**<br>**70** 6:9<br><br>**8**<br>**856-546-1100**<br>  2:22<br>**856-968-9201**<br>  3:5<br><br>**9**<br>**9:30** 2:7 | | | | | |