UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

DAVID LOPEZ

           Plaintiff(s)

(vs)

BAYSIDE STATE PRISON, ET AL.

           Defendant(s)

**JUDGMENT**

Civil #08-00343 (RBK)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on April 25, 2008, and no timely objection having been filed,

IT IS, on this 21st day of July, 2008

ORDERED that the report of Hon. John Bissell dated April 25, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff David Lopez**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.